UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASKIA ASHANTI, | No. 2: 14-cv-1644 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| BARACK OBAMA, et al., | |
| Defendants. | |

      On January 7, 2016, plaintiff filed a motion for reconsideration of the April 29, 2015 and August 7, 2015 orders by the Magistrate Judge (see ECF Nos. 34, 44) denying plaintiff's requests to change the names in the court caption. (ECF No. 64.) Plaintiff also seeks reconsideration of the January 20, 2015 order by the Magistrate Judge (see ECF No. 25) dismissing plaintiff's second amended complaint with leave to amend. (ECF No. 64.) Plaintiff also requests that the court issue a scheduling order and appoint counsel. (Id.)

      Plaintiff's request for issuance of a scheduling order and for appointment of counsel should be addressed to the magistrate judge rather than the undersigned. See 28 U.S. C. § 636(c), Eastern District Local Rule 302. Accordingly, these requests are disregarded.

      Plaintiff consented to the jurisdiction of the magistrate judge on August 21, 2014. (ECF No. 6.) The undersigned was appointed to this action on August 13, 2015, after defendants failed to consent to the magistrate judge's jurisdiction. (ECF No. 46.) Thus, plaintiff had consented to

the magistrate judge's jurisdiction at the time the magistrate judge issued the orders denying his requests to change the names in the court caption and dismissing plaintiff's second amended complaint.  Under these circumstances, plaintiff cannot reconsideration of these orders to the undersigned.

Accordingly, IT IS HEREBY ORDERED that plaintiff's January 7, 2016 motion for reconsideration, etc. (ECF No. 64) is denied.

DATED:  2/18/2016

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE