UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASKIA ASHANTI, | No. 2: 14-cv-1644 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| BARACK OBAMA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion to amend his complaint. (ECF No. 74.) For the following reasons, plaintiff's motion is denied.

Plaintiff requests that he be allowed to amend the section of the operative third amended complaint containing his request for relief. Plaintiff did not file a proposed fourth amended fourth complaint containing his proposed amendments. Because piecemeal amendments of complaints are not permitted, plaintiff's motion to amend is denied.[1]

---

[1] Plaintiff separately filed a copy of his proposed amendments to his request for relief. (ECF No. 75.) The proposed amendments appear identical to the request for relief contained in the third amendment complaint except that they also request that cameras be installed in the California Health Care Facility ("CHCF") mailroom. The only defendant in this action is Vanessa Martinez, an Office Assistant working in the mailroom at the CHCF. It is unlikely that defendant Martinez could respond to a court order for cameras to be installed in the mailroom at CHCF.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to amend his complaint (ECF No. 74) is denied.

Dated: April 4, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ash1644.amd