UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASKIA ASHANTI,  <br>　　　　　Plaintiff,  <br>　　v.  <br>BARACK OBAMA, et al.,  <br>　　　　　Defendants. | No. 2:14-cv-1644 JAM KJN P  <br><br>ORDER |

On June 24, 2016, the Magistrate Judge issued an order denying plaintiff's motion to compel. Pursuant to the mailbox rule, on July 15, 2016, plaintiff filed a motion for reconsideration of that order. Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties." Id. Plaintiff's motion for reconsideration of the magistrate judge's order of June 24, 2016 is therefore untimely.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for reconsideration (ECF No. 88) is denied;

2. Plaintiff's opposition to defendants' summary judgment motion is due within thirty days of the date of this order.

DATED: August 25, 2016

/s/ John A. Mendez  
UNITED STATES DISTRICT COURT JUDGE